IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, and WASHINGTON; the Commonwealths of MASSACHUSETTS and VIRGINIA; and the DISTRICT OF COLUMBIA; <br><br> *ex rel*. Valisure LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GLAXOSMITHKLINE, PLC, AND GLAXOSMITHKLINE, LLC, <br><br> Defendants. | Civil No.: 2:19-cv-04239 <br><br> **ELECTRONICALLY FILED** |

## STIPULATION TO FURTHER EXTEND DEFENDANTS' RESPONSIVE PLEADING DEADLINE

The parties by and through their attorneys hereby request an extension of time for Defendants to file a responsive pleading to Relator Valisure LLC's Amended Complaint in light of the agreement set forth herein.

1. Relator Valisure LLC initiated this qui tam action on September 13, 2019. Dkt. 1.

2. The action was unsealed by Court order on March 13, 2024. Dkt. 46 & 47.

3. Defendant GlaxoSmithKline LLC was served with the Complaint, and accompanying documents specified by the Court's Order of March 13, 2024 (Dkt. 47), on May 17, 2024. Dkt. 61.

4. The First Amended Complaint was filed on May 20, 2024. Dkt. 55.

5. Defendant GlaxoSmithKline LLC was served with the First Amended Complaint on May 20, 2024. Dkt. 60.

6. Defendant GlaxoSmithKline plc was served with the original Complaint, First Amended Complaint, and all documents specified by the Court's March 13, 2024 Order (Dkt. 47) on May 28, 2024. Dkt. 62.[1]

7. The parties previously stipulated to an extension of Defendants' time to file their responsive pleadings to August 21, 2024. On July 15, 2024, the Court entered an Order granting the extension of time for Defendants to file their responsive pleadings. Dkt. 68.

8. On June 28, 2024, Defendants filed a Motion to Transfer with the Judicial Panel on Multidistrict Litigation ("JPML"), requesting transfer of this action to the multi-district litigation, In re Zantac (Ranitidine) Products Liability Litigation, MDL No. 2924, pending in the Southern District of Florida before the Honorable Robin L. Rosenberg (the "Zantac MDL"). Dkt. 66.

9. On July 24, 2024, Defendants filed a motion to stay these proceedings until after such time as the JPML rules on Defendants' pending Motion to Transfer. Dkt. 69.

10. On August 7, 2024, the parties filed a motion to further extend Defendants' time to file their responsive pleadings until 14 days following denial of transfer to the MDL if the transfer

---

[1] GlaxoSmithKline plc appears for the limited purpose of joining this stipulation concerning the responsive pleading deadline. It reserves its rights to move to dismiss based on a lack of jurisdiction if the case were to reach the pleadings stage. Defendant GlaxoSmithKline plc and Defendant GlaxoSmithKline LLC are hereinafter referred to collectively as "Defendants."

2

was denied. Dkt 71. On August 8, 2024, the Court entered an Order granting the extension of time for Defendants to file their responsive pleadings. Dkt. 72.

11. On October 3, 2024, Defendants' Motion to Transfer was denied.

12. As a consequence, Defendants' deadline to file their responsive pleadings was October 17, 2024.

13. On October 17, 2024, the parties informed the Court that they had reached an agreement in principle to resolve this matter and were in the process of negotiating the settlement documents and obtaining necessary approvals from the Department of Justice. In light of this, the parties agreed that there was good cause to further extend the time period until December 16, 2024 for Defendants' response while they finalized the settlement.

14. On December 18, 2024, the Court granted the parties' request to further extend Defendants' time to answer or otherwise respond to Relator's Complaint to January 31, 2025 while they worked to finalize the settlement documents and obtain necessary approvals from the Department of Justice. Dkt. 76.

15. On February 7, 2025, the Court granted the parties' request to further extend Defendants' time to answer or otherwise respond to Relator's Complaint to February 28, 2025 while they worked to finalize the settlement documents and obtain necessary approvals from the Department of Justice. Dkt. 78.

16. On March 3, 2025, the Court granted the parties' request to further extend Defendants' time to answer or otherwise respond to Relator's Complaint to March 28, 2025 while they worked to finalize the settlement documents and obtain necessary approvals. Dkt. 80.

17. The parties have been working diligently to finalize the settlement agreement, but they are still in the process of finalizing the settlement documents. In light of this, the parties agree

that there is good cause to further extend the time period for Defendants' response while they finalize the settlement.

THEREFORE, the parties respectfully request that this Court further extend Defendants' time to answer or otherwise respond to Relator's Amended Complaint to April 11, 2025.

*(remainder of this page left intentionally blank)*

Dated: March 28, 2025						Respectfully submitted,

*/s/ Friedrich Wilhelm W. Sachse*
Friedrich Wilhelm W. Sachse
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
215-994-2496
will.sachse@dechert.com

*Attorneys for Defendants GlaxoSmithKline LLC and GlaxoSmithKline plc*

*/s/ R. Brent Wisner*
Conor Lamb, Esquire
Conor.Lamb@klinespecter.com
PA State Bar No. 304874
1525 Locust Street, 19th Floor
Philadelphia, PA 19102
Telephone: 215-772-1000
Facsimile: 215-402-2359

R. Brent Wisner (*pro hac vice*)
WISNER BAUM, LLP
rbwisner@baumhedlundlaw.com
11111 Santa Monica Blvd., Ste. 1750
Los Angeles, CA 90025
Telephone: (310) 207-3233
Facsimile: (310) 802-7444

Jennifer A. Moore (*pro hac vice*)
MOORE LAW GROUP, PLLC
jennifer@moorelawgroup.com
1473 South 4th Street
Louisville, KY 40208
Telephone: (502) 717-4080
Facsimile: (502) 717-4086

Gregory A. Frank
Frank, LLP
info@frankllp.com
305 Broadway, Ste. 700
New York, NY 10007
Telephone: (212) 682-1853
Facsimile: (212) 682-1892

*Counsel for Relator*

5

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT ON March 28, 2025, 2025, a copy of the foregoing was served on all counsel of record via CM/ECF.

*/s/ Friedrich Wilhelm W. Sachse*
Friedrich Wilhelm W. Sachse